**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| GINA ORTALE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1400 |
| | § | |
| MIDLAND CREDIT MANAGEMENT, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Gina Ortale and defendant Midland Credit Management, Inc. jointly moved to stay proceedings until the United States Judicial Panel on Multidistrict Litigation has ruled on plaintiff's opposition to the transfer of this case under 28 U.S.C. § 1407. If that has not occurred before, or if it has been denied by, November 10, 2014, the initial pretrial is reset for 8:30 a.m. on that date.

SIGNED on September 26, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge